**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **United Building Maintenance, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-3925503** |

| | |
|---|---|
| 4. | Debtor's address |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11244 Chesapeake** <br> **Westchester, IL 60154** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **United Building Maintenance, Inc.**                          Case number *(if known)* _____
     Name

---

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **United Building Maintenance, Inc.**                                                    Case number (*if known*) _____

Name

---

**11.  Why is the case filed in**
**this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**
**have possession of any**
**real property or personal**
**property that needs**
**immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

████   **Statistical and administrative information**

**13.  Debtor's estimation of**
**available funds**          .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor     **United Building Maintenance, Inc.**                                              Case number (*if known*) _____
           Name

▬▬▬▬▬  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 12, 2018**
                MM / DD / YYYY

**X** **/s/ James Cabrera, Sr.**                                    **James Cabrera, Sr.**
Signature of authorized representative of debtor                    Printed name

Title     **President**

**18. Signature of attorney**

**X** **/s/ Ariel Weissberg**                                    Date     **July 12, 2018**
Signature of attorney for debtor                                        MM / DD / YYYY

**Ariel Weissberg 03125591**
Printed name

**Weissberg and Associates, Ltd.**
Firm name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
Number, Street, City, State & ZIP Code

Contact phone     **312-663-0004**     Email address     **ariel@weissberglaw.com**

**03125591 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **United Building Maintenance, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2018**          X **/s/ James Cabrera, Sr.**
                                                    Signature of individual signing on behalf of debtor

                                                    **James Cabrera, Sr.**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **United Building Maintenance, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **First Midwest Bank** | **$2,000,000.00** | **Unknown** |
| | Creditor's Name | | |
| | c/o Jeffrey Elegant, Much Shelist<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606 | | |
| | Creditor's mailing address | | |

**Describe debtor's property that is subject to a lien**
**Blanket Lien on Substantially all of Debtor's Assets**

Creditor's email address, if known

**Describe the lien**
**Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$2,000,000.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
| --- |

Debtor name   **United Building Maintenance, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ■ No. Go to Part 2.

  ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,750.00 |
| --- | --- | --- | --- |
| | **165 Easy Street LLC**<br>**165 Easy Street**<br>**Carol Stream, IL 60188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,980.00 |
| --- | --- | --- | --- |
| | **360 Facility LLC/Accruent Company**<br>**PO Box 123636**<br>**Dept. 3636**<br>**Dallas, TX 75312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $865.31 |
| --- | --- | --- | --- |
| | **A-1 Airport Limousine Service**<br>**114 East Lake Street**<br>**Bloomingdale, IL 60108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,959.95 |
| --- | --- | --- | --- |
| | **Acme WCS**<br>**14 Congress Circle West**<br>**Roselle, IL 60172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    23645                    Best Case Bankruptcy

| Debtor | **United Building Maintenance, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |

**3.5**

Nonpriority creditor's name and mailing address
**Adams Delaware Owner LLC**
**4960 Solution Center**
**Chicago, IL 60677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.6**

Nonpriority creditor's name and mailing address
**Ally**
**P.O. Box 380902**
**Minneapolis, MN 55428-0902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$599.84**

---

**3.7**

Nonpriority creditor's name and mailing address
**American Express**
**Box 0001**
**Los Angeles, CA 90096-8000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$38,414.26**

---

**3.8**

Nonpriority creditor's name and mailing address
**AmeriSource**
**1600 E. Grand Blvd.**
**Detroit, MI 48211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$261,562.93**

---

**3.9**

Nonpriority creditor's name and mailing address
**Angelina Arroyo**
**4444 W. Altgeld St.**
**Chicago, IL 60639**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10**

Nonpriority creditor's name and mailing address
**Antonia Rivera**
**4206 Fern Ave.**
**Lyons, IL 60534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.11**

Nonpriority creditor's name and mailing address
**Aramark Uniform Services**
**4200 S. Halsted**
**Suite 603**
**Chicago, IL 60609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,311.47**

| Debtor | **United Building Maintenance, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.68**

**Aspen Valley Landscape/AmEx**
**13148 W 159th Street**
**Homer Glen, IL 60491**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$972.45**

**AT&T**
**P.O. Box 5093**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Telephone_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,819.78**

**AT&T Mobility**
**PO Box 6416**
**Carol Stream, IL 60197-6416**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Audrea Traylor**
**7810 S. Walcott**
**Chicago, IL 60620**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Wage Claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,983.79**

**Avalon Vacuum & Janitorial Supply**
**3350 N. Ashland Ave.**
**Chicago, IL 60657**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Avilis**
**P.O. Box 283**
**Elk Grove Village, IL 60007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Banco Popular North America**
**9600 West Bryn Mawr**
**Rosemont, IL 60018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | United Building Maintenance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,259.78**

Barbara Bugaj
6523 W. Devon
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Beatriz Figueroa
2334 W. 25th St.
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$868.11**

BP
Cardmember Service
P.O. Box 15325
Wilmington, DE 19886-5325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,903.65**

Carl Lewis Jr.
1327 N. Harlem Ave.
Oak Park, IL 60302

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,483.10**

Carlos Altamirano
1925 Oakton
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,256.15**

Catalina Castaneda
1437 Mitchell Lane
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Cesar Hernandez
7500 S. Elmhurst Rd.
LOT 49
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | United Building Maintenance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$855.00** |
| | **Chico & Nunes P.C.** | ☐ Contingent | |
| | **333 W. Wacker Drive** | ☐ Unliquidated | |
| | **Suite 1420** | ☐ Disputed | |
| | **Chicago, IL 60606** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,345.20** |
| | **Cintas Corporation #22** | ☐ Contingent | |
| | **P.O. Box 630921** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263-0921** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| | **Citizens for Antonio Munoz** | ☐ Contingent | |
| | **3872 S Archer Avenue** | ☐ Unliquidated | |
| | **Chicago, IL 60632** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,283.44** |
| | **Classic Party Rentals** | ☐ Contingent | |
| | **d/b/a M&M Event Rentals** | ☐ Unliquidated | |
| | **9480 W. 55th St.** | ☐ Disputed | |
| | **McCook, IL 60525** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234.85** |
| | **Comcast** | ☐ Contingent | |
| | **P.O. Box 3001** | ☐ Unliquidated | |
| | **Southeastern, PA 19398** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,295.00** |
| | **Converge One** | ☐ Contingent | |
| | **NW 5806** | ☐ Unliquidated | |
| | **P.O. BOX 1450** | ☐ Disputed | |
| | **Minneapolis, MN 55485** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,970.00** |
| | **Corporate Cleaning Services** | ☐ Contingent | |
| | **21 West Elm** | ☐ Unliquidated | |
| | **Suite 9** | ☐ Disputed | |
| | **Chicago, IL 60610** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | United Building Maintenance, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Courtland Pollock**
2435 W. Gladys #B
Chicago, IL 60612

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,939.63**

**Craig Taylor**
7196 Cemetery Road
Breese, IL 62230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **ATT Sub**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,002.80**

**Cuberto Ceron**
1S158 Holyoke
Villa Park, IL 60180

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Danut Bredau**
8512 N. Clifton
Niles, IL 60714

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$989.50**

**Direct TV**
P.O. Box 1300
West Chicago, IL 60186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Domnica Bredau**
6822 W. Hobart
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,327.45**

**Drinker Biddle & Reath**
191 N. Wacker Dr., Ste 3700
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | United Building Maintenance, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,073.00 |
|---|---|---|---|

**DuPage County Collector**
**P.O. Box 787**
**Wheaton, IL 60189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,092.66 |
|---|---|---|---|

**Edmonds Incorporated**
**626 Executive Drive**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eduardo Rodriguez**
**672 W. Pickwick Ct.**
**Apt 9 GE**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Wage Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.09 |
|---|---|---|---|

**eFax Corporate**
**c/o j2 Global Communications, Inc.**
**P.O. Box 51873**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elvia Ortega**
**4732 N. Monticello**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Wage Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.01 |
|---|---|---|---|

**Federal Express**
**P.O. Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,956.35 |
|---|---|---|---|

**Felix Juarez**
**1714 W. Highland**
**Chicago, IL 60660**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Wage Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **United Building Maintenance, Inc.**    Case number *(if known)* _____

_____
 Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Filemon Espinosa**
4739 S. Loomis
Chicago, IL 60609

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,863.28** |

**Fort Dearborn Partners, Inc.**
101 N. Wacker Drive
Suite 1150
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Francisca Rocha**
23 S. Elmwood
Waukegan, IL 60085

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Francisca Velazquez**
6790 Pine Tree St.
Hanover Park, IL 60122

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**GE/Wells Fargo Financial Leasing**
P.O. Box 105743
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Union Station Project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Georgeta Bredau**
1727 Cardinal Ct.
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Georgeta Ursalas**
6638 W. Windsor Ave.
Berwyn, IL 60402

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | United Building Maintenance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**
Geovanni Dominguez
3749 S. Honore
Chicago, IL 60609

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Wage Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55**

**Nonpriority creditor's name and mailing address**
GFC Leasing WI
P.O. Box 2290
Madison, WI 53701

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$986.94**

---

**3.56**

**Nonpriority creditor's name and mailing address**
Gheorghe Bredau
6822 W. Hobart
Chicago, IL 60631

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Wage Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.57**

**Nonpriority creditor's name and mailing address**
Gloria Valdez
5405 W. 22nd Place
Cicero, IL 60804

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Wage Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$4,150.50**

---

**3.58**

**Nonpriority creditor's name and mailing address**
Gonzalo Franco
3397 S. Archer Ave.
Chicago, IL 60608

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Wage Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.59**

**Nonpriority creditor's name and mailing address**
Gordon Flesch
P.O. Box 992
Madison, WI 53701

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,265.11**

---

**3.60**

**Nonpriority creditor's name and mailing address**
Grower Equipment & Supply
294 E. Belvidere Road
Hainesville, IL 60030

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$21.58**

---

| Debtor | **United Building Maintenance, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Guadalupe Martinez**
1236 Solfisburg Ave.
Aurora, IL 60505

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wage Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hector Merchan**
5220 W. Barry
Chicago, IL 60641

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wage Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.09**

**High PSI Ltd.**
75 N. Brandon Dr.
Glendale Heights, IL 60139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**ICS Insurance Claim Solutions**
615 S. Hough Street
Barrington, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Irene Ramirez**
2055 N. 18th St.
Melrose Park, IL 60160

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Wage Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,700.00**

**ISN Software Corporation**
P.O. Box 841808
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**James M. Cabrera**
11244 Chesapeake
Westchester, IL 60154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **United Building Maintenance, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$280,779.93** |
|---|---|---|---|

**Janzimar, LLC**
**c/o Michael Shacter, Esq.**
**440 Central Avenue**
**Highland Park, IL 60035**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jerry Drones**
**1356 N. Maplewood**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,700.00** |
|---|---|---|---|

**John Hancock Life Insurance**
**Customer Service Center**
**P.O. Box 40**
**Buffalo, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,870.25** |
|---|---|---|---|

**Jose Frayre**
**600 Pickwick Ct.**
**Apt. 1E**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Gallegos**
**7500 S. Elmhurst Rd.**
**LOT 59**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Morales**
**5130 S. Albany**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,642.05** |
|---|---|---|---|

**Juan Gomez**
**333 W. Hawthorne Cir.**
**Apt. 1**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **United Building Maintenance, Inc.** | Case number (if known) |
|--------|----------------------------------------|------------------------|
|        | Name                                   |                        |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------------------------------------------------------|----------------------------------------------------------------------|-------------|

**Karla Arratia**
**704 Huntington Commons**
**Apt 2**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|------------------------------------------------------|----------------------------------------------------------------------|-------------|

**Kubota Credit Corporation U.S.A.**
**4400 Amon Carter Blvd., Suite 100**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,055.12** |
|------|------------------------------------------------------|----------------------------------------------------------------------|----------------|

**Laborers National Health Funds**
**P.O. Box 94402**
**Chicago, IL 60690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,293.24** |
|------|------------------------------------------------------|----------------------------------------------------------------------|----------------|

**LaDew Cleaning Concepts**
**5488 River View Rd.**
**Riverton, IL 62561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$790.15** |
|------|------------------------------------------------------|----------------------------------------------------------------------|-------------|

**Larry Cabrera**
**11120 Bristol Bend**
**Orland Park, IL 60467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$790.00** |
|------|------------------------------------------------------|----------------------------------------------------------------------|-------------|

**Larry J. Wolfe and Associates**
**6677 N. Lawler**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,935.75** |
|------|------------------------------------------------------|----------------------------------------------------------------------|---------------|

**Laura Aguilera**
**702 Huntington Comons**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor __United Building Maintenance, Inc._____    Case number (if known) _____
             Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,029.14 |

**Liberty Mutual Insurance**
**P.O. Box 2027**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,239,348.07 |

**Local 25 SEIU**
**111 East Wacker Drive**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Lorena Galindo**
**7500 N. Elmhurst Rd.**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,108.05 |

**Lorena Galvan**
**331 W. Hawthorne Cir.**
**Apt. 3**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,778.30 |

**Loretta Brown**
**8917 S. Elizabeth**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Luis Solis**
**1508 S. Central**
**Cicero, IL 60804**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,762.20 |

**Marcos Peralta**
**600 W. Pickwick Ct.**
**Apt. 1E**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Wage Claim__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **United Building Maintenance, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,763.45 |
|---|---|---|---|

**Maria Chaidez**
**1S158 Holyoke**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Cordoba**
**2149 W. Cullerton St.**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,470.00 |
|---|---|---|---|

**Maria Cordoba**
**1827 S. May St.**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Corona**
**4153 Dubois Blvd**
**Brookfield, IL 60513**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maritza Arevalo**
**4947 N. Ridgeway**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Martha Heranndez**
**7500 N. Elmhurst Rd.**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Martin Rufino**
**1719 N. Keystone Ave.**
**Chicago, IL 60639**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **United Building Maintenance, Inc.**
Name

Case number (if known) _____

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Martin Villalobos**
2055 N. 18th St.
Melrose Park, IL 60160

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,115.38** |
|---|---|---|---|

**Michael Cabrera**
3N227 Valewood Road
West Chicago, CT 06018-5000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,672.00** |
|---|---|---|---|

**Mid-West Service System**
Mark W. Larson
1021 Hickory Street
Geneseo, IL 61254

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,136.10** |
|---|---|---|---|

**Midwest Signature Bldg. Services**
707 Osterman Avenue
Unit 1345
Deerfield, IL 60015

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,521.70** |
|---|---|---|---|

**Miguel Zuniga**
5242 W. Deming
Chicago, IL 60639

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,589.35** |
|---|---|---|---|

**Misael Juarez**
4350 S. Trumbull Ave.
Chicago, IL 60632

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Monica Murillo**
1535 S. 58th Ave.
Cicero, IL 60804

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | United Building Maintenance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 3.103
**Nonpriority creditor's name and mailing address**
**Nasiha Mujkanovic**
**c/o Illinois Dept. of Labor**
**160 N. LaSalle St., Suite C-1300**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,708.80**

### 3.104
**Nonpriority creditor's name and mailing address**
**Nasiha Mujkanovic**
**4706 N. Olcott Ave.**
**Harwood Heights, IL 60706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Wage Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

### 3.105
**Nonpriority creditor's name and mailing address**
**National Railroad Passenger Corp. c/ o Anderson, Rasor & Partners, LLP**
**100 S. Wacker Dr., Suite 100**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Personal Injury Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

**$30,000.00**

### 3.106
**Nonpriority creditor's name and mailing address**
**National Railroad Passenger Corp. c/ o Anderson, Rasor & Partners, LLP**
**100 S. Wacker Dr., Suite 100**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Counterclaim in Case No. 17-L-006018) (Janine Valentine v. Amtrak)**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

### 3.107
**Nonpriority creditor's name and mailing address**
**Nezir Syla**
**5315 S. 72nd Ct.**
**Summit, IL 60501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Wage Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,670.10**

### 3.108
**Nonpriority creditor's name and mailing address**
**Nora Rodriguez-Garcia**
**1228 Navy St.**
**Elgin, IL 60123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Wage Claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

### 3.109
**Nonpriority creditor's name and mailing address**
**Occupational Health Centers**
**PO Box 488**
**Lombard, IL 60148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$105.50**

| Debtor | United Building Maintenance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address

P.F.C. Supply Co., Inc.
PO Box 1085
Dundee, IL 60118

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$148.88**

---

**3.111** | Nonpriority creditor's name and mailing address

Parking Industry Labor Management
c/o John R. Bielski
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112** | Nonpriority creditor's name and mailing address

Parking Industry Labor Management
c/o John R. Bielski, Esq.
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113** | Nonpriority creditor's name and mailing address

Paulino Diaz
2220 Morningside Cir.
Carpentersville, IL 60110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114** | Nonpriority creditor's name and mailing address

PDA Investigations LLC
c/o Steven C. Rueckert
115 West 55th St., Suite 400
Clarendon Hills, IL 60514

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$457.50**

---

**3.115** | Nonpriority creditor's name and mailing address

Pioneer Building Maintenance
c/o  Robert S. Lowder
2139 N. Grand Ave. East
Springfield, IL 62702

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,191.46**

---

**3.116** | Nonpriority creditor's name and mailing address

Pitney Bowes Global Financial
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$446.72**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **United Building Maintenance, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.13**

**Pitney Bowes Purchase Power**
**c/o Pitney Bowes Global Financial**
**500 Ross St., Suite 154-0470**
**Pittsburgh, PA 15262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,985.69**

**Popular Visa Card**
**P.O. Box 31021**
**Tampa, FL 33630-3021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159.80**

**Quench USA, Inc.**
**780 5th Avenue, Suite 200**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,562.50**

**Ralph, Schwab & Schiever**
**175 E. Hawthorn Pkwy. Ste. 345**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,401.04**

**Raul Romero**
**3410 Majestic Oaks Drive**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Payroll_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**River City Cleaning Enterprises**
**2128 Williams St. #188**
**Cape Girardeau, MO 63703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,626.63**

**River City Cleaning Enterprises**
**2128 Williams #188**
**Cape Girardeau, MO 63703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | United Building Maintenance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rosetta Martin**
**c/o David J. Heyer, Esq.**
**212 W. Washington, Suite 2104**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal Injury Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $882.25 |
|---|---|---|---|

**S & K Security**
**P.O. Box 789**
**Beecher, IL 60401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,608.56 |
|---|---|---|---|

**Sage Software, Inc.**
**14855 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salomon Espinoza**
**5028 S. Marshfield**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,345.15 |
|---|---|---|---|

**Shell Fleet Card**
**P.O. Box 183019**
**Columbus, OH 43218-3019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.18 |
|---|---|---|---|

**Shred-it USA**
**PO Box 101007**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Silvia Romero**
**517 W. Dempster**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | United Building Maintenance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131**

**Nonpriority creditor's name and mailing address**

**Sonya Harris**
**1 Olympic Village**
**Apt. 2A**
**Chicago Heights, IL 60411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,539.00**

---

**3.132**

**Nonpriority creditor's name and mailing address**

**SP Plus**
**200 East Randolph Street, Ste. 7700**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,860.00**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Splat Pest Control, Inc.**
**1012 Evergreen Dr.**
**Carol Stream, IL 60188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.134**

**Nonpriority creditor's name and mailing address**

**Staples Business Advantage**
**Dept. DETS**
**P.O. Box 83689**
**Chicago, IL 60696-3689**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$422.40**

---

**3.135**

**Nonpriority creditor's name and mailing address**

**Tammy Smith**
**921 S. Lawndale**
**Chicago, IL 60624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136**

**Nonpriority creditor's name and mailing address**

**Tatiana Bermudez**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**

**Teamsters Local Union 727 Health**
**c/o John R. Bielski**
**1845 Walnut Street, 24th Floor**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **United Building Maintenance, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Teamsters Local Union 727 Legal**
**c/o John R. Bielski**
**1845 Walnut Street, 24th Floor**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Teamsters Local Union 727 Pension**
**c/o John R. Bielski**
**1845 Walnut Street, 24th Floor**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209,263.17**

**Tek-Direct, Inc.**
**PO Box 47778**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,905.16**

**Tennant Sales and Service Co.**
**P.O. Box 71414**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,330.69**

**Third Coast Underwriters**
**PO Box 40790**
**Lansing, MI 48901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00**

**Total Fire & Safety, Inc.**
**6808 Hobson Valley Drive**
**Unit 105**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$998.61**

**Tyco Integrated Security LLC**
**P.O. Box 371967**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | United Building Maintenance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145**

**Nonpriority creditor's name and mailing address**

**United Express System**
P.O. Box 1628
Aurora, IL 60507

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$297.77**

---

**3.146**

**Nonpriority creditor's name and mailing address**

**Unlimited Services, Inc.**
PO Box 283
Elk Grove Village, IL 60007

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,528.72**

---

**3.147**

**Nonpriority creditor's name and mailing address**

**Victor Gallegos**
1155 Willow Ln.
Justice, IL 60458

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,349.60**

---

**3.148**

**Nonpriority creditor's name and mailing address**

**Victorio Salazar**
3257 S. Keeler Ave.
Chicago, IL 60623

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,055.90**

---

**3.149**

**Nonpriority creditor's name and mailing address**

**Waste Management**
P.O. Box 4648
Carol Stream, IL 60197-4648

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,031.57**

---

**3.150**

**Nonpriority creditor's name and mailing address**

**Waxie Sanitary Supply**
P.O. Box 60227
Los Angeles, CA 90060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$481,229.81**

---

**3.151**

**Nonpriority creditor's name and mailing address**

**Weiss & Company LLP**
2700 Patriot Boulevard
Glenview, IL 60026

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44,775.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **United Building Maintenance, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Welbon Morris**
3009 W. 173rd St.
Hazel Crest, IL 60429

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zurisadai Vargas-Gasca**
1912 S. Leavitt St.
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **William Martin Tasch**<br>**Illinois Advocates, LLC**<br>**77 W. Washington St., #2120**<br>**Chicago, IL 60602** | Line **3.112**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **3,156,412.25** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **3,156,412.25** |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **United Building Maintenance, Inc.**                                    Case No.
                                                            Debtor(s)        Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **164**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **July 12, 2018**                          **/s/ James Cabrera, Sr.**
                                                    **James Cabrera, Sr./President**
                                                    Signer/Title

165 Easy Street LLC
165 Easy Street
Carol Stream, IL 60188


360 Facility LLC/Accruent Company
PO Box 123636
Dept. 3636
Dallas, TX 75312


A-1 Airport Limousine Service
114 East Lake Street
Bloomingdale, IL 60108


Acme WCS
14 Congress Circle West
Roselle, IL 60172


Adams Delaware Owner LLC
4960 Solution Center
Chicago, IL 60677


All in One Facility Services
c/o James Morgan, Esq.
200 South Michigan Ave., Suite 1100
Chicago, IL 60604


All in One Holdings LLC
c/o James Morgan, Esq.
200 South Michigan Ave., Suite 1100
Chicago, IL 60604


All in One Supply, LLC
425 W Broadway Street
Muskogee, OK 74401-6614


Ally
P.O. Box 380902
Minneapolis, MN 55428-0902


American Express
Box 0001
Los Angeles, CA 90096-8000

AmeriSource
1600 E. Grand Blvd.
Detroit, MI 48211

Amerisource Industrial Supply
c/o James Morgan, Esq.
200 South Michigan Ave., Suite 1100
Chicago, IL 60604

Amtrak National Railroad
c/o Anerson, Rasor & Partners, LLP
100 S. Wacker Dr., Suite 100
Chicago, IL 60606

Angelina Arroyo
4444 W. Altgeld St.
Chicago, IL 60639

Antonia Rivera
4206 Fern Ave.
Lyons, IL 60534

Aramark Uniform Services
4200 S. Halsted
Suite 603
Chicago, IL 60609

Aspen Valley Landscape/AmEx
13148 W 159th Street
Homer Glen, IL 60491

AT&T
P.O. Box 5093
Carol Stream, IL 60197

AT&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416

Audrea Traylor
7810 S. Walcott
Chicago, IL 60620

Avalon Vacuum & Janitorial Supply
3350 N. Ashland Ave.
Chicago, IL 60657

Avilis
P.O. Box 283
Elk Grove Village, IL 60007


Banco Popular North America
9600 West Bryn Mawr Rosemont,
IL 60018


Barbara Bugaj
6523 W. Devon
Chicago, IL 60631


Beatriz Figueroa
2334 W. 25th St.
Chicago, IL 60608


BP
Cardmember Service
P.O. Box 15325
Wilmington, DE 19886-5325


Carl Lewis Jr.
1327 N. Harlem Ave.
Oak Park, IL 60302


Carlos Altamirano
1925 Oakton
Des Plaines, IL 60018


Catalina Castaneda
1437 Mitchell Lane
Elk Grove Village, IL 60007


CBRE, Inc., c/o Cathy Betourne
200 East Northwest Highway
Palatine, IL  60067


Cesar Herandez
7500 S. Elmhurst Rd.
LOT 49
Des Plaines, IL 60018


Chico & Nunes P.C.
333 W. Wacker Drive
Suite 1420
Chicago, IL 60606

Cintas Corporation #22
P.O. Box 630921
Cincinnati, OH 45263-0921


Citizens for Antonio Munoz
3872 S Archer Avenue
Chicago, IL 60632


Classic Party Rentals
d/b/a M&M Event Rentals
9480 W. 55th St.
McCook, IL 60525


Comcast
P.O. Box 3001
Southeastern, PA 19398


Converge One
NW 5806
P.O. BOX 1450
Minneapolis, MN 55485


Corporate Cleaning Services
21 West Elm
Suite 9
Chicago, IL 60610


Courtland Pollock
2435 W. Gladys #B
Chicago, IL 60612


Craig Taylor
7196 Cemetery Road
Breese, IL 62230


Cuberto Ceron
1S158 Holyoke
Villa Park, IL 60180


Danut Bredau
8512 N. Clifton
Niles, IL 60714

Direct TV
P.O. Box 1300
West Chicago, IL 60186

Domnica Bredau
6822 W. Hobart
Chicago, IL 60631

Drinker Biddle & Reath
191 N. Wacker Dr., Ste 3700
Chicago, IL 60606

DuPage County Collector
P.O. Box 787
Wheaton, IL 60189

Edmonds Incorporated
626 Executive Drive
Willowbrook, IL 60527

Eduardo Rodriguez
672 W. Pickwick Ct.
Apt 9 GE
Mt. Prospect, IL 60056

eFax Corporate
c/o j2 Global Communications, Inc.
P.O. Box 51873
Los Angeles, CA 90051

Elvia Ortega
4732 N. Monticello
Chicago, IL 60625

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

Felix Juarez
1714 W. Highland
Chicago, IL 60660

Filemon Espinosa
4739 S. Loomis
Chicago, IL 60609

First Midwest Bank
c/o Jeffrey Elegant, Much Shelist
191 North Wacker Drive, Suite 1800
Chicago, IL 60606


Fort Dearborn Partners, Inc.
101 N. Wacker Drive
Suite 1150
Chicago, IL 60606


Francisca Rocha
23 S. Elmwood
Waukegan, IL 60085


Francisca Velazquez
6790 Pine Tree St.
Hanover Park, IL 60122


GE/Wells Fargo Financial Leasing
P.O. Box 105743
Atlanta, GA 30374


Georgeta Bredau
1727 Cardinal Ct.
Wheeling, IL 60090


Georgeta Ursalas
6638 W. Windsor Ave.
Berwyn, IL 60402


Geovanni Dominguez
3749 S. Honore
Chicago, IL 60609


GFC Leasing WI
P.O. Box 2290
Madison, WI 53701


George Bredau
6822 W. Hobart
Chicago, IL 60631


Gloria Valdez
5405 W. 22nd Place
Cicero, IL 60804

Gonzalo Franco
3397 S. Archer Ave.
Chicago, IL 60608


Gordon Flesch
P.O. Box 992
Madison, WI 53701


Grower Equipment & Supply
294 E. Belvidere Road
Hainesville, IL 60030


Guadalupe Martinez
1236 Solfisburg Ave.
Aurora, IL 60505


Hector Merchan
5220 W. Barry
Chicago, IL 60641


High PSI Ltd.
75 N. Brandon Dr.
Glendale Heights, IL 60139


ICS Insurance Claim Solutions
615 S. Hough Street
Barrington, IL 60010


Irene Ramirez
2055 N. 18th St.
Melrose Park, IL 60160


ISN Software Corporation
P.O. Box 841808
Dallas, TX 75284


J.C.'S Mid America Building Maint.
c/o Lawrence Edward Finn, Esq.
100 West Green Street
Bensenville, IL 60106

James M. Cabrera
11244 Chesapeake
Westchester, IL 60154

Janzimar, LLC
c/o Michael Shacter, Esq.
440 Central Avenue
Highland Park, IL 60035

Jerry Drones
1356 N. Maplewood
Chicago, IL 60622

John Hancock Life Insurance
Customer Service Center
P.O. Box 40
Buffalo, NY 14240

Jose Frayre
600 Pickwick Ct.
Apt. 1E
Mt. Prospect, IL 60056

Jose Gallegos
7500 S. Elmhurst Rd.
LOT 59
Des Plaines, IL 60018

Jose Morales
5130 S. Albany
Chicago, IL 60632

Juan Gomez
333 W. Hawthorne Cir.
Apt. 1
Mt. Prospect, IL 60056

Karla Arratia
704 Huntington Commons
Apt 2
Mt. Prospect, IL 60056

Kubota Credit Corporation U.S.A.
4400 Amon Carter Blvd., Suite 100
Fort Worth, TX 76155

Laborers National Health Funds
P.O. Box 94402
Chicago, IL 60690

LaDew Cleaning Concepts
5488 River View Rd.
Riverton, IL 62561

Larry Cabrera
11120 Bristol Bend
Orland Park, IL 60467

Larry J. Wolfe and Associates
6677 N. Lawler
Skokie, IL 60077

Laura Aguilera
702 Huntington Comons
Mt. Prospect, IL 60056

Liberty Mutual Insurance
P.O. Box 2027
Keene, NH 03431

Local 25 SEIU
111 East Wacker Drive
Chicago, IL 60601

Lorena Galindo
7500 N. Elmhurst Rd.
Des Plaines, IL 60018

Lorena Galvan
331 W. Hawthorne Cir.
Apt. 3
Mt. Prospect, IL 60056

Loretta Brown
8917 S. Elizabeth
Chicago, IL 60620

Luis Solis
1508 S. Central
Cicero, IL 60804

Marcos Peralta
600 W. Pickwick Ct.
Apt. 1E
Mt. Prospect, IL 60056


Maria Chaidez
1S158 Holyoke
Villa Park, IL 60181


Maria Cordoba
2149 W. Cullerton St.
Chicago, IL 60638


Maria Cordoba
1827 S. May St.
Chicago, IL 60608


Maria Corona
4153 Dubois Blvd
Brookfield, IL 60513


Maritza Arevalo
4947 N. Ridgeway
Chicago, IL 60625


Martha Hernandez
7500 N. Elmhurst Rd.
Des Plaines, IL 60018


Martin Rufino
1719 N. Keystone Ave.
Chicago, IL 60639


Martin Villalobos
2055 N. 18th St.
Melrose Park, IL 60160


Michael Cabrera
3N227 Valewood Road
West Chicago, CT 06018-5000


Michael Cabrera
11244 Chesapeake
Westchester, IL 60154

Mid-West Service System
Mark W. Larson
1021 Hickory Street
Geneseo, IL 61254


Midwest Signature Bldg. Services
707 Osterman Avenue
Unit 1345
Deerfield, IL 60015


Miguel Zuniga
5242 W. Deming
Chicago, IL 60639


Misael Juarez
4350 S. Trumbull Ave.
Chicago, IL 60632


Monica Murillo
1535 S. 58th Ave.
Cicero, IL 60804


Nasiha Mujkanovic
c/o Illinois Dept. of Labor
160 N. LaSalle St., Suite C-1300
Chicago, IL 60601


Nasiha Mujkanovic
4706 N. Olcott Ave.
Harwood Heights, IL 60706


National Railroad Passenger Corp.
c/o Anderson, Rasor & Partners, LLP
100 S. Wacker Dr., Suite 100
Chicago, IL 60606


Nezir Syla
5315 S. 72nd Ct.
Summit, IL 60501


Nora Rodriguez-Garcia
1228 Navy St.
Elgin, IL 60123

Occupational Health Centers
PO Box 488
Lombard, IL 60148


One Source United Mechanical LLC
254 Tubeway Drive
Carol Stream, IL 60188

P.F.C. Supply Co., Inc.
PO Box 1085
Dundee, IL 60118


Parking Industry Labor Management
c/o John R. Bielski
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103


Parking Industry Labor Management
c/o John R. Bielski, Esq.
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103


Paulino Diaz
2220 Morningside Cir.
Carpentersville, IL 60110


PDA Investigations LLC
c/o Steven C. Rueckert
115 West 55th St., Suite 400
Clarendon Hills, IL 60514


Pioneer Building Maintenance
c/o Robert S. Lowder
2139 N. Grand Ave. East
Springfield, IL 62702


Pitney Bowes Global Financial
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Pitney Bowes Purchase Power
c/o Pitney Bowes Global Financial
500 Ross St., Suite 154-0470
Pittsburgh, PA 15262

Popular Visa Card
P.O. Box 31021
Tampa, FL 33630-3021


Quench USA, Inc.
780 5th Avenue, Suite 200
King of Prussia, PA 19406


Ralph, Schwab & Schiever
175 E. Hawthorn Pkwy. Ste. 345
Vernon Hills, IL 60061


Raul Romero
3410 Majestic Oaks Drive
Saint Charles, IL 60174


River City Cleaning Enterprises
2128 Williams St. #188
Cape Girardeau, MO 63703


River City Cleaning Enterprises
2128 Williams #188
Cape Girardeau, MO 63703


Rosetta Martin
c/o David J. Heyer, Esq.
212 W. Washington, Suite 2104
Chicago, IL 60606


S & K Security
P.O. Box 789
Beecher, IL 60401


Sage Software, Inc.
14855 Collection Center Dr.
Chicago, IL 60693


Salomon Espinoza
5028 S. Marshfield
Chicago, IL 60609


Shell Fleet Card
P.O. Box 183019
Columbus, OH 43218-3019

Shred-it USA
PO Box 101007
Pasadena, CA 91189


Silvia Romero
517 W. Dempster
Mt. Prospect, IL 60056


Sonya Harris
1 Olympic Village
Apt. 2A
Chicago Heights, IL 60411


SP Plus
200 East Randolph Street, Ste. 7700
Chicago, IL 60601


Splat Pest Control, Inc.
1012 Evergreen Dr.
Carol Stream, IL 60188


Staples Business Advantage
Dept. DET$
P.O. Box 83689
Chicago, IL 60696-3689


Tammy Smith
921 S. Lawndale
Chicago, IL 60624


Tatiana Bermudez


Teamsters Local Union 727 Health
c/o John R. Bielski
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103


Teamsters Local Union 727 Legal
c/o John R. Bielski
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103

Teamsters Local Union 727 Pension
c/o John R. Bielski
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103


Tek-Direct, Inc.
PO Box 47778
Chicago, IL 60647


Tennant Sales and Service Co.
P.O. Box 71414
Chicago, IL 60694


Third Coast Underwriters
PO Box 40790
Lansing, MI 48901


Total Fire & Safety, Inc.
6808 Hobson Valley Drive
Unit 105
Woodridge, IL 60517


Tyco Integrated Security LLC
P.O. Box 371967
Pittsburgh, PA 15250


United Express System
P.O. Box 1628
Aurora, IL 60507


Unlimited Services, Inc.
PO Box 283
Elk Grove Village, IL 60007


Victor Gallegos
1155 Willow Ln.
Justice, IL 60458


Victorio Salazar
3257 S. Keeler Ave.
Chicago, IL 60623


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

Waxie Sanitary Supply
P.O. Box 60227
Los Angeles, CA 90060


Weiss & Company LLP
2700 Patriot Boulevard
Glenview, IL 60026


Welbon Morris
3009 W. 173rd St.
Hazel Crest, IL 60429


William Martin Tasch
Illinois Advocates, LLC
77 W. Washington St., #2120
Chicago, IL 60602


Zurisadai Vargas-Gasca
1912 S. Leavitt St.
Chicago, IL 60608

# United States Bankruptcy Court
### Northern District of Illinois

In re __United Building Maintenance, Inc.__

Debtor(s)

Case No.

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __United Building Maintenance, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 12, 2018__

Date

__/s/ Ariel Weissberg__

__Ariel Weissberg 03125591__

Signature of Attorney or Litigant

Counsel for __United Building Maintenance, Inc.__

__Weissberg and Associates, Ltd.__

__401 S. LaSalle St.__
__Suite 403__
__Chicago, IL 60605__
__312-663-0004 Fax:312-663-1514__
__ariel@weissberglaw.com__